AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
  v.

PEDRO ANTONIO PARRA-MONTANIEZ,
    Defendant.

**APPEARANCE**

Case Number:  08MJ0540

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PEDRO ANTONIO PARRA-MONTANIEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/27/2008 | /s/ FRANK M. MANGAN |
| Date | Signature |
| | Frank M. Mangan / Federal Defenders of SD    057689 |
| | Print Name                        Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City      State      Zip Code |
| | (619) 234-8467      (619) 687-2666 |
| | Phone Number      Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 27, 2008                         /s/ Frank M. Mangan
                                                 FRANK M. MANGAN
                                                 Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
                                                 San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 e-mail: Frank_Mangan@fd.org